JUDITH GEREG *v.* ADMINISTRATOR, UNEMPLOYMENT
COMPENSATION ACT
(3691)

HULL, DALY and BIELUCH, Js.

Argued November 14—decision released December 3, 1985

*Walter R. Keenan,* for the appellant (plaintiff).

*Richard T. Sponzo,* assistant attorney general, with whom, on the brief, were *Joseph I. Lieberman,* attorney general, and *Robert E. Walsh,* assistant attorney general, for the appellee (defendant).

PER CURIAM. There is no error.